IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED MORRIS, TERRELL GARDNER and ANDRE HENRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>LETTIRE CONSTRUCTION, CORP., LETTIRE BUILDERS, INC., LETTIRE 124TH STREET, LLC, URBAN BUILDERS COLLABORATIVE, LLC, NICHOLAS LETTIRE and GERARD LETTIRE, Jointly and Severally,<br><br>Defendants. | ECF Case<br><br>Civil Action No. 12-cv-0043 (NRB) |

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative plaintiffs Alfred Morris, Terrell Gardner and Andre Henry and so designate Alfred Morris, Terrell Gardner and Andre Henry as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that, unless this form is filed by another attorney of my choosing, I will be represented by Pelton & Associates PC without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment before I receive any monetary award. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

_Jeffery Davickay_                _[signature]_  _[347]-387-6654_          5/6/2013
Printed Name                       Signature                                          Date

_____        _____          _____
Street Address                            Telephone                                     Email Address

_____        _July, October, 2009_
City, State, Zip Code                    Approximate Dates of Employment at Lettire

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **June 26, 2013** TO:

PELTON & ASSOCIATES, PC
111 Broadway, Suite 901
New York, New York 10006
(Phone) (212) 385-9700; (Fax) (212) 385-0800; (Email) pelton@peltonlaw.com

