```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALFRED MORRIS, TERRELL GARDNER,
and ANDRE HENRY, individually and
on behalf of all others similarly
situated,

                    Plaintiffs,

         - against -                              O R D E R

LETTIRE CONSTRUCTION CORP.,                       12 Civ. 43 (NRB)
LETTIRE BUILDERS, INC.,
LETTIRE 124TH STREET, LLC, URBAN
BUILDERS COLLABORATIVE, LLC,
NICOLAS LETTIRE and GERARD LETTIRE,
jointly and severally,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/09/2014

The Court, having received the Report and Recommendation of United States Magistrate Judge Sarah Netburn, dated April 22, 2014, and having received no objections to said report, accepts and adopts Magistrate Judge Netburn's report.

**SO ORDERED.**

Dated:   New York, New York
         May 8, 2014

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Attorney for Plaintiffs**

Brent E. Pelton, Esq.
Pelton & Associates PC
111 Broadway, Suite 1503
New York, NY 10006

**Attorneys for Defendants**

Michael J. Volpe, Esq.
Kristine A. Sova, Esq.
Nicholas M. Reiter, Esq.
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020